**Order entered April 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00898-CR

**BRANDON LAWRENCE COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81168-2011**

## ORDER

Appellant's April 9, 2013 motions to supplement the reporter's record and extend the time to file appellant's brief are **GRANTED**.

We **ORDER** Official Court Reporter Kimberly Tinsley to file, within **THIRTY** days of the date of this order, either a supplemental reporter's record of the hearings in this case held on January 21, 2011, May 24, 2011, June 15, 2011, and September 26, 2011 or a letter certifying that no such records exist. The Court will not grant extensions on the supplemental reporter's record.

Appellant's brief shall be due thirty days after the filing of either the supplemental reporter's record or the letter certifying the requested supplemental record does not exist.

WE **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Kimberly Tinsley.

/s/     LANA MYERS
JUSTICE